08 CV 4380

JUDGE MCMAHON

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAIWAN NAVIGATION CO., LTD., and
TAIWAN NAVIGATION (HONG KONG) CO., LTD.

                        Plaintiffs,

                        08 CV _____

     v.

**RULE 7.1 STATEMENT**

SWELLCHIEF SHIPPING CO., LTD.,

                        Defendant.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs TAIWAN NAVIGATION CO., LTD., and TAIWAN NAVIGATION (HONG KONG) CO., LTD., certifies that TAIWAN NAVIGATION CO., LTD. is a publicly traded company on the Taiwan Stock Exchange, listed as company 2617.

Dated: Port Washington, New York
       May 9, 2008

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff

           By: _____
                         Eugene J. O'Connor (EO-9925)
                         Timothy Semenoro (TS-6847)
                         366 Main Street
                         Port Washington, New York 11050
                         Tel: (516) 767-3600 / Fax: (516) 767-3605

RECEIVED MAY 09 2008 U.S.D.C. S.D.N.Y. CASHIERS